WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'10 JUN 3 15:12USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**STEVEN REID,**                                                       CV # 08-970-BR

    Plaintiff,

vs.                                                                    ORDER

**COMMISSIONER of Social Security,**

    Defendant.

___

A supplemental award of attorney fees in the amount of $2,500.00 is hereby granted to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 3rd day of June, 2010.

_____
United States District Judge

Submitted by:
s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1